811 A.2d 993

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Devlin ANNO, Respondent.**

Supreme Court of Pennsylvania.

Dec. 3, 2002.

Catherine Lynn Marshall, Philadelphia, for Com. of PA, Petitioner.

Sondra R. Rodrigues, Philadelphia, for Devlin Anno, Respondent.

### *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December 2002, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is REVERSED. *See Commonwealth v. Eller*, 807 A.2d 838, 2002 WL 31118999 (2002).